EL PUEBLO DE PUERTO RICO, demandante y apelado, *v.* JOSÉ NIEVES, acusado y apelante.

· No. 3315.—*Visto:* Diciembre 13, 1927. *Resuelto:* Diciembre 24, 1927.

1. ACOMETIMIENTO Y AGRESIÓN—RESPONSABILIDAD CRIMINAL—PROCESO Y CASTIGO —DE LA SENTENCIA.—Cuando el delito mencionado en una acusación y aquel por el cual se es condenado están comprendidos en el realmente imputado en dicha acusación—de la cual puede derivar el acusado la información necesaria para preparar su defensa—no puede sostenerse que sea nula la sentencia condenatoria dictada.

2. DERECHO PENAL—CASTIGO Y PREVENCIÓN DEL DELITO—PENA EXCESIVA.—Examinados los antecedentes del caso y atendida la gravedad del delito imputado, *se resolvió* que la pena de un año y medio de cárcel impuesta, no es excesiva.

SENTENCIA de *Charles E. Foote,* J. (Mayagüez), condenando al acusado por el delito de acometimiento y agresión grave. *Confirmada.*

P. *Baigés Gómez* y *R. Rivera Zayas,* abogados del apelante; *José E. Figueras,* abogado de *El Pueblo,* apelado.

EL JUEZ PRESIDENTE SEÑOR DEL TORO, emitió la opinión del tribunal.

Calificando el delito de ataque para cometer homicidio, el Fiscal del Distrito de Mayagüez acusó a José Nieves porque en "uno de los días del mes de febrero de 1927. . . . ilegal, voluntaria y maliciosamente y con propósito firme de darle muerte, acometió y agredió al ser humano Alberto Valentín, con una pistola, infiriéndole una herida de bala, con la intención de cometer homicidio."

· La vista de la causa fué señalada para junio 21, 1927, y, según rezan los autos, al darse lectura a la acusación el acusado se declaró culpable de acometimiento y agresión grave y la corte lo condenó a sufrir un año y medio de cárcel abonándosele el tiempo que hubiere estado en prisión.

No conforme con la sentencia apeló el acusado para ante este tribunal. Señala dos errores, a saber: que la acusación no contiene hechos suficientes y que la pena impuesta es excesiva.

[1] Argumentando el primero sostiene que la acusación es fatalmente defectuosa porque no informa al acusado de la

naturaleza y la causa de los hechos constitutivos del ataque para cometer homicidio.

No estamos conformes. El acusado pudo derivar de la acusación tal como está redactada toda la información necesaria para prepararse para su defensa. Si en algo es defectuosa la acusación es en que imputa un delito mayor, el de atentado a la vida. Pero como tanto el delito de ataque para cometer homicidio mencionado por el fiscal como el de acometimiento y agresión de que se declaró culpable y por el cual fué condenado el acusado están necesariamente comprendidos en el delito realmente imputado, el defecto no vicia de nulidad el proceso.

[2] En cuanto a la pena, examinados los antecedentes, en modo alguno resulta excesiva. Hemos visto que el hecho tal como se describe constituía un delito verdaderamente grave. Grave también era como se calificó. Y la pena señalada por la ley para el delito de que se declaró culpable el propio acusado puede llegar hasta dos años de prisión y mil dólares de multa.

*Debe confirmarse la sentencia recurrida.*